IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD STEARNSMILLER,
    Petitioner,

v.                                              CASE NO. 4:05cv421-MMP/AK

JAMES V. CROSBY, et al.,
    Respondent.
_____/

## O R D E R

This matter is before the Court on document 18, a letter from the Petitioner with a print out of his inmate trust account information in support of his motion to *proceed in forma pauperis,* document 2.  Ruling on Petitioner's motion to *proceed in forma pauperis,* doc 2, was deferred on November 15, 2005, by order doc. 6, pending the filing of an amended motion to *proceed in forma paupers* and/or the inmate account information*.*   The method of docketing document 18,  is confusing, and  when the Court undertakes consideration of the motion to *proceed in forma pauperis* and the supporting documentation (inmate trust account information), will result in further confusion.  Thus, the Court will direct the Clerk as follows:

1. Docket the inmate trust account information separately in support of the Petitioner's motion to ***proceed in forma pauperis***, document 2.

2. The Clerk shall then take the appropriate steps to action require these two documents to the undersigned for disposition.

**DONE AND ORDERED** this *9th* day of February, 2006.

                                                  *s/ A. KORNBLUM*
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**