IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD STEARNSMILLER,

    Plaintiff,

v.                                                      CASE NO. 4:05-cv-00421-MP-AK

JAMES V. CROSBY, JR.,
DEPARTMENT OF CORRECTIONS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 43, Motion for Relief from Final Order of Dismissal, filed by Plaintiff Stearnsmiller. By prior order, the Court adopted the Report and Recommendation of the Magistrate Judge, and dismissed this case for failure to prosecute, failure to obey a court order, and as frivolous. Previously, Plaintiff was ordered to pay a partial filing fee of $206.78, and despite his inmate account statement showing large deposits into his account, Plaintiff failed to submit the partial filing fee. Plaintiff does not address this failure in his motion for reconsideration, but instead attempts to argue the merits of his case. Because Plaintiff still has not paid the partial filing fee, the Court finds no reason to reconsider its prior order. Therefore, Plaintiff's Motion for Relief is denied.

    **DONE AND ORDERED** this <u>  30th</u> day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
