IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD STEARNSMILLER,

    Plaintiff,

v.                                      CASE NO. 4:05-cv-00421-MP-AK

JAMES V. CROSBY, JR.,
DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

**O R D E R**

       This matter is before the Court on Doc. 46, Rule 60(b) Motion for Relief from Judgment, filed by Plaintiff Stearnsmiller. Previously, the Court denied Plaintiff's motion for reconsideration of the dismissal his case for failure to obey the Court's order directing Plaintiff to pay a partial filing fee of $206.78. In the instant motion, Plaintiff claims that Defendants manipulated his inmate trust account to prevent him from making the initial payment, and prevented him from filing objections to the Magistrate's Report and Recommendation. The Court finds this allegation belied by the sixty-nine page objection Plaintiff filed. Doc. 30. Moreover, Plaintiff failed to show cause for his failure to obey an order of court, and this case was dismissed with prejudice. The Court will not reopen this matter several years later because Plaintiff has decided that he now wants to prosecute this case. Accordingly, Plaintiff's motion for reconsideration is denied.

       **DONE AND ORDERED** this  _24th_  day of March, 2008

                                                  *s/Maurice M. Paul*
                                       Maurice M. Paul, Senior District Judge